O'BRIEN *v.* FLETCHER.

123　427
Case 1
129　674

LUMPKIN, J.　1. Where a deed was executed in 1887, record of it was not necessary in order for it to operate as color of title so that possession of a part of the tract of land covered by it would extend constructively to the limits of the lot or known tract described in it.　*Roberson* v. *Downing Co.,* 120 *Ga.* 833, and citations.

The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued May 25, — Decided June 16, 1905.

Ejectment.　Before　Judge　Roberts.　Irwin　superior　court. December 28, 1904.

*E. D. Graham,* by *Z. D. Harrison,* for plaintiff.

*L. Kennedy* and *W. L. Grice & Sons,* for defendants.